

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No. 2:06 CR 20089-017 |
| VERSUS | JUDGE MINALDI |
| FLETCHER FREEMAN | MAGISTRATE JUDGE KAY |

ORDER

Before the court is a Motion for Reconsideration (Rec. Doc. 10256) of the Court's Previous Judgment (Rec. Doc. 766). For the reasons given below, this motion is DENIED.

The Judgment that the defendant would like modified is dated September 9, 2010. This court has no authority to modify a Judgment issued five (5) years ago. The time for direct appeal and post-conviction relief has expired.

The only thing the Court can do at this time is make a RECOMMENDATION to the Bureau of Prisons ("BOP") to permit this inmate to participate in the RDAP program, if the defendant meets the eligibility requirements established by the BOP.

Lake Charles, Louisiana, this 2 day of NOV , 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE